Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SUNNY B. KEEM, | ) | Case No.  CV 09-09217 RGK (AN) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| KEN CLARK (Warden), et al., | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

DATED: January 6, 2010

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE